M. P. No. 77-195. THE COACHMAN, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for respondent.

M. P. No. 77-220. BARRY J. FARRANDS *v.* WILLIAM LAURIE *et al.* Respondent is directed to file his answer to the petition for habeas corpus and therein to show cause, if any he has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14, to which reference is made herein. *Anthony T. Jackvony, John E. Fornaro, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondents.

M. P. No. 77-225. JAMES E. MACDONALD, JR. *et al. v.* CONFLICT OF INTEREST COMMISSION OF RHODE ISLAND *et al.* Petition for writ of certiorari is denied without prejudice. *Edwards & Angell, John H. Blish, Robert G. Flanders, Jr.,* for petitioners. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Joseph F. Dugan,* Special Asst. Attorney General, for respondents.